[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14111
Non-Argument Calendar
_____

D.C. Docket No. 1:06-cr-00031-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT DOCTRIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(September 3, 2020)

Before WILSON, NEWSOM and LUCK, Circuit Judges.

PER CURIAM:

Richard Greenberg, counsel for Robert Doctrie in this appeal from his supervised release revocation, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Doctrie's revocation and new sentence are **AFFIRMED**.